## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Fluid Tech, Inc.*
Attn: President/CEO
9257 Mission Gorge Road, #C
Santee, CA 92071

*Fluid Tech, Inc.*
Attn: Royce A. Ranada, Registered Agent
603 Dewane Drive
El Cajon, CA 92020

_____
Mary E. Augustine (No. 4477)

619619v1